# United States Court of Appeals
## For the First Circuit

No. 25-1314

CRYSTAL CZERNO, Individually and as Parent
and Natural Guardian of C.L., a minor,

Plaintiff, Appellee,

v.

GENERAL ELECTRIC COMPANY,

Defendant, Appellant,

MONSANTO COMPANY; SOLUTIA, INC.; PHARMACIA LLC; BAYER, AG;
SABIC INNOVATIVE PLASTICS GLOBAL TECHNOLOGIES LP; SABIC
INNOVATIVE PLASTICS TECHNOLOGIES, INC.; SABIC INNOVATIVE
PLASTICS US LLC; SAUDI BASIC INDUSTRIES CORP., (SABIC);
GE PLASTICS, a/k/a Plastics Technologies, Inc.

Defendants.

**ERRATA SHEET**

The opinion of this Court, issued on July 14, 2026, is amended as follows:

On page 25, footnote 10 line 4 - replace "district" with "district court".